■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR GONZALEZ, Appellant. [704 NYS2d 877] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 4, 1999 (*People v Gonzalez,* 265 AD2d 341), affirming a judgment of the Supreme Court, Kings County, rendered October 21, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., O'Brien, Santucci and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HARRELL, Appellant. [704 NYS2d 869] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Katz, J.), rendered October 7, 1998, convicting him of sodomy in the first degree, sodomy in the second degree, sexual abuse in the first degree, and endangering the welfare of a child, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the prosecutor's conduct on summation was improper in that she appealed to the sympathy of the jury, made inflammatory remarks, and attempted to shift the burden of proof. Although some portions of the prosecutor's summation may have been improper, given the overwhelming proof of guilt, any error was harmless (*see, People v Brosnan,* 32 NY2d 254, 262; *People v Nazario,* 168 AD2d 643). Joy, J. P., S. Miller, Friedmann and Florio, JJ., concur.